**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**


**DEEANNA M. SHRADER,**

      **Plaintiff,**

  **v.**                              **Case No.:  2:16-cv-947**
                                          **JUDGE GEORGE C. SMITH**
                                        **Magistrate Judge Jolson**

**COMMISSIONER**
**OF SOCIAL SECURITY,**

      **Defendant.**

<u>**ORDER**</u>

      This case is before the Court on the Joint Motion to Remand to the Commissioner.  (Doc. 15).  The parties jointly stipulate that this case should be remanded to the Commissioner of Social Security for further administrative proceedings, pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).  Final judgment shall be entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

      Upon remand, the Appeals Council shall vacate all findings of the Administrative Law Judge's decision, and the Commissioner shall conduct further proceedings and develop the administrative record as necessary to determine whether Plaintiff is under a disability as defined by the Social Security Act.

      Accordingly, pursuant to the Joint Stipulation, this action is remanded for further administrative proceedings.  The Clerk of this Court shall remand this matter and enter final judgment.

      **IT IS SO ORDERED.**

*/s/ George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**